FOR USE BY INCARCERATED PERSONS

RECEIVED
2006 MAR -7 PM 2: 12

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

3:06cv 213-WKW

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: Marcus Anthony Ray
   Present mailing address: 316 Industrial Park drive
   Dadeville, Alabama 36853

2. Are you presently employed?                                    Yes ____    No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _____

   _____

   Monthly earnings: _____

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   BKL Construction Inc. Dothan, Al. 36301

   _____

   Date last worked: 09-3-05
   Monthly earnings: $1,200

3. Have you received within the past twelve months any money from any of the following sources?
   (a)   Business, profession, or any form of self-employment?    Yes ____    No ✓
   (b)   Interest, dividends, rents, or investment income of any kind?   Yes ____    No ✓

1

(c) Pensions, annuities, or life insurance payments?   Yes ____   No ✓

(d) Gifts or inheritances?   Yes ____   No ✓

(e) Any other sources?   Yes ✓   No ____

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

I receive money from my Mother (Mary J. Brock) I received A money Oder today for $20.00 on the day of March 2nd 2005.

_____

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ 0

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?   Yes ____   No ✓

If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

Natasha Ann William - Girlfriend  $0.

Mary J. Brock - mother   $0.

_____

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Dated: 03-2-06                    _____
                                  SIGNATURE OF PLAINTIFF

2

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

## CERTIFICATION

I hereby certify that prisoner _____ has been incarcerated in this institution since _____, 19____, and that he has the sum of $_____ in his prison or jail trust account on this the _____ day of _____, 19____. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | _____ | $_____ | $_____ |
| Month 2 | _____ | $_____ | $_____ |
| Month 3 | _____ | $_____ | $_____ |
| Month 4 | _____ | $_____ | $_____ |
| Month 5 | _____ | $_____ | $_____ |
| Month 6 | _____ | $_____ | $_____ |
| Current month (if less than full month) | _____ | $_____ | $_____ |

_____
Signature of Authorized Officer of Institution

Tallapoosa County Jail
Name of Institution

4

RECEIVED
2006 MAR -9 A 10:03

MARCH 6, 2006

I MARCUS A. RAY had sent out request form to the Jail Administrator twice, asking him to notirise and sign this Information Regarding prisoner Account form.

He told me just now that he wan't have this form filled out and signed. So there for I'm sending this form back to you all and leaving this matter in the hands of someone else with more Authority.

Thank you for your time and concern!
Marcus Anthony Ray
/s/ Marcus A. Ray #1455

I have an witness to what he just told me.

Inmate /s/ Tyrone Tuck   Tyrone Tuck #11643