IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

RECEIVED  2006 MAR -7 PM 2:12

2006 MAR -9 P 4:16

Inmate Identification Number: #1455

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARCUS Anthony RAY
(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

"Tallapoosa County Jail"
Sherrif Jimmy Abbett

3:06cv213-WKW

(Enter above full name(s) of the defendant(s) in this action)

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

I.  **Previous lawsuits**

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes (   )      No ( ✓ )

   B.  If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff(s): _____

         Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )      No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ✓ )      No ( )

C. If your answer is YES:

1. What steps did you take? I went through the Jail Administrator Mr. Blake Jennings.

2. What was the result? He replied to my Grievance that he can't discuss no one else business with me.

D. If your answer is NO, explain why not? _____

2

## page (3) IV. Complaint (1.)

My statement is base on the things that me myself and other inmates goes through, and how we are treated in the Tallopoosa County Jail. My complaint is that I've been incarcerated here since September 6, 2005, and on the month of December I were placed in the Delta Dorm around (4) Mexican who had been explosed to the Tubercalosious (T.B's) and they all were taking medication for their sickness.

These are the names of two (2) of the Mexicans who were explosed. Inmate Daniel Navarvo, and Abraham Navarvo. The other two (2) imates I only know their last names. Their last name is Inmate Rohase and the other Inmate last name is Jimineze All are still living in the Delta Dorm.

## Complaint #(2.)

Inmates in the Tallopoosa County Jail are placed into the booking cell or Drunk tank for sleeping. The officers here have us to stay up from 7:00 am until 5:00 pm that evening, and if inmates get caught sleep on their bunks or in the day room, The officers will take inmates to (C-9,) the Booking cell or Drunk Tank for (6) hours, and if inmates get caught sleeping in C-9, The officers give inmates an additional (6) hour in there.

Complaint #(3.)

My Complaint is that every since I've been incarcerated here in the Tallapoosa County Jail. I have been in living quarters or cells with Convicted Murders, Child Molesters, Attempted Murders. I only have an 12 month misdermenor charge and are in living quarters with State inmates. This is making it harder for me and other Inmates to do their time here in the Tallapoosa County Jail. State Inmates are quick to fight County Inmate to make it harder for them, and to make County Inmates get more time.

Complaint #(4.)

Officers here at the Tallapoosa County Jail use pepper spray, or mase on Inmates for the wrong reasons. Officer Williams are quick to spray Inmate just for talking to her the wrong way. I have been around Inmates when she tried to spray them for nothing. Myself and many more Inmates here can verify this and all of the others Complaints that I'm making to you all.

Thank you for you Concern!
Marcus Anthony Ray #1455
*Marcus Anthony Ray*
(Dated: 3-2-06)

Complaint (4) <u>Health Complaintment</u>

There Are Inmates here that has been Incarcerated for only A few days And Are Assigned to the kitchen to prepair food for this facility, without having Any testing done for Any sorce of sickness. Within two (2) weeks of every Inmate Incarceration here at the Tallapoosa County Jail, Inmates Are tested for T.B's. (Tubercalosious) And for Sexual Transmitted Dieases.

Complaint (5) <u>Health Complaintment</u>

The Showers Condition is bad, we have to take Showers with baged up drains. The water is filty And Come up to your Ankles At times.

<u>Complaint (6)</u>

Tallapoosa ~~County~~ County Jail has Inmates Sleeping on the floor without A Sleeping Cot.

Complaint (7)

The Tallapoosa County Jail Cominsary Are Selling ~~their~~ Individuals Items that Are Suppose to be Sold whole without An Nutrition Chart Shown on the Items. One of the Items Sold here Are (<u>Beef And Cheese Stick</u>, And Another <u>Dunkin Sticks Donut's</u>.)

Complaint-(8) Complaint for Affection

I feel since my Incarceration here, I have been mistreated, and abused, and due to that reason, my Nerves are totally damage. I fear my life because of my surrounding of Inmates with outstanding charges. Convicted/charged.

I would like to Add below an witness list of All complaints.

(1.) Tywane Tuck  I.D. #11643
(2.) Antonio Lmard Davis  I.D. #3743
(3.) Christopher Scott Windle  I.D.# 15116
(4.)
(5.)

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) **Marcus Anthony Ray**

Address **316 Industrial Park drive Dadeville, Alabama 36853**

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant **Mr. Jimmy Abbett**

is employed as **Sheriff**

at **Tallapoosa County Jail**

C. Additional Defendants **Mr. Blake Jennings - Jail Administrator**

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

**I'm stating my facts on notebook paper because it's to much to write on here!**

3

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for the Court to pay me for my pain and suffering since I've been incarcerated here, since September 6th 2006 until now.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

Signature(s)

4