IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARCUS ANTHONY RAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:06cv213-WKW |
| | )                  (WO) |
| TALLAPOOSA COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 15, 2006, said Recommendation (Doc. # 5) is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that plaintiff's claims against the Tallapoosa County Jail are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), and that this party is DISMISSED as a defendant to the complaint. It is further ORDERED that this case with respect to the remaining defendants is REFERRED back to the Magistrate Judge for additional proceedings.

Done this 13th day of April, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE