IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARCUS ANTHONY RAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:06-cv-00213-WKW-SRW |
| | ) |
| TALLAPOOSA COUNTY JAIL, et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT**

COME NOW Sheriff Jimmy Abbett and Jail Administrator Blake Jennings, Defendants in the above-styled cause, and move this Court to grant them an extension of time to file their Special Report. As grounds for this Motion, this Defendants state as follows:

1. The Court ordered Defendants to file their Special Report on April 24, 2006.

2. Defendants are in need of additional time to fully investigate Plaintiff's claims to provide the Court with a meaningful and complete Special Report.

3. Defendants have not previously requested an extension of time to file their Special Report.

4. Plaintiff will not be prejudiced by an extension of time.

WHEREFORE Defendants Sheriff Jimmy Abbett and Jail Administrator Blake Jennings request this Court to grant them an extension of time to file their Special Report on or before May 24, 2006.

Respectfully submitted this 13th day of April, 2006.

          **s/Amanda Kay Morgan**
          GARY L. WILLFORD, JR. Bar Number: WIL198
          AMANDA KAY MORGAN Bar No. ALL079
          Attorneys for Defendants
          WEBB & ELEY, P.C.
          7475 Halcyon Pointe Drive (36117)
          Post Office Box 240909
          Montgomery, Alabama 36124
          Telephone: (334) 262-1850
          Fax: (334) 262-1889
          E-mail: amorgan@webbeley.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this the 13th day of April, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

    Marcus Anthony Ray
    Tallapoosa County Jail
    316 Industrial Park Dr.
    Dadeville, AL 36853

      **s/Amanda Kay Morgan**
      OF COUNSEL