IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| MARCUS ANTHONY RAY | * |
| Plaintiff, | * |
| v. | *   3:06-CV-213-WKW |
| TALLAPOOSA COUNTY JAIL, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 10) is GRANTED and;

2. Defendants are GRANTED an extension from April 24, 2006 to May 24, 2006 to file their answer and written report.

DONE, this 14th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE