IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARCUS ANTHONY RAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-213-WKW |
| | ) (WO) |
| SHERIFF JIMMY ABBETT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On May 8, 2006, the Magistrate Judge filed a Recommendation (Doc. # 13) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED; and

2. This action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 15th day of June, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE